DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHELDON ANTHONY FRANCIS, NATOYA FIONA CUNNINGHAM,** and **JAMAHAL DUBOSE,**
Appellants,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D2025-2973

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 062023CA003353AXXXCE.

Henry A. Seiden of Seiden Law, Boynton Beach, for appellant Jamahal Dubose.

Sheldon Anthony Francis, Lauderhill, pro se.

Natoya Fiona Cunningham, Pompano Beach, pro se.

Adam A. Duke, Derek L. Veliz, and Jenna A. De Stefano of Young, Bill, Palmer, Duke, Thompson & Alexander, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***